**Fred RUCH, individually and as Personal Representative and Trustee of the Estate of Marjorie Ruch, Respondent,**

v.

**A.O. SMITH CORPORATION, Respondent,**

**White Rodgers Division Emerson Electric Company, Defendant,**

**Farmers Co-op of Hanska, Respondent,**

and

**EMERSON ELECTRIC COMPANY, third party plaintiff, Petitioner,**

v.

**MID AMERICA PIPELINE COMPANY, third party defendant, Farmland Industries, Inc., third party defendant, Fred Frederickson, d.b.a. F & B Hardware, third party defendant, Respondents.**

No. C4-85-1087.

Supreme Court of Minnesota.

Sept. 19, 1985.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Emerson Electric Company for further review be, and the same is, denied. proceedings herein,